656 A.2d 1326

**Edward R. DANISHEFSKY, Paul J. Stavnicky, and Pennsylvania State Troopers Association, Petitioners/Appellants**

v.

**COMMONWEALTH of Pennsylvania, Thomas P. Foley, Secretary, Department of Labor and Industry, Cynthia M. Maleski, Commissioner, Insurance Department, and Catherine Baker Knoll, State Treasurer, Respondents/Appellees.**

Supreme Court of Pennsylvania.

March 21, 1995.

## ORDER

PER CURIAM.

The Order of the Commonwealth Court is hereby affirmed. 165 Pa.Cmwlth. 223, 645 A.2d 305.

MONTEMURO, J., is sitting by designation.